UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. DR-24-CR-01738-EG |
| | ) |
| | ) |
| JAMES WARNER SANDERS, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE CHIEF JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Antonio Franco, Jr. is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Antonio Franco, Jr. be added to the docket in the instant cause.

                                                      Respectfully submitted,

                                                      JAIME ESPARZA
                                                      UNITED STATES ATTORNEY

By:    /s/
           ANTONIO FRANCO, JR.
           Assistant United States Attorney
           Asset Forfeiture Section
           601 NW Loop 410, Suite 600
           San Antonio, Texas 78216
           Tel: 210-384-7040
           Fax: 210-384-7045
           Texas Bar No. 00784077
           Email: Antonio.Franco@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

**Alfredo D. Mares**
Email: amares@lawmares.com
Attorney for Defendant James Warner Sanders

                                              /s/_____
                                              ANTONIO FRANCO, JR.
                                              Assistant United States Attorney